**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JESSICA ROSE,

        **Plaintiff,**

v.                                     **Case No. 8:16-cv-2688-T-30TBM**

NAVIENT SOLUTIONS, LLC, and
STUDENT ASSISTANCE CORPORATION,

        **Defendants.**

_____/

**O R D E R**

THIS MATTER is before the Court on **Plaintiff's Motion to Compel** (Doc. 24) and Defendant's response (Doc. 28).

By the motion, Plaintiff complains that Defendant Navient Solutions, LLC, has refused to provide basic documents and responses to straightforward requests.[1]  Despite counsel's attempts to resolve the matter pursuant to Local Rule 3.01(g), Plaintiff claims that she has not received supplemental responses.  (Doc. 24).

In response, Defendant argues that the motion is meritless and intended to harass. Defendant claims that prior to Plaintiff's filing of the motion, Defendant agreed to resolve almost all of the issues raised.  And, since the filing of the motion, Defendant claims that it is followed through on its agreement to resolve these matters, rendering Plaintiff's motion moot.  (Doc. 28).

---

[1]In particular, Plaintiff identifies Requests for Production nos. 1, 12, 18, 27–30, 34, 37, and 39–42, as well as Interrogatory nos. 4 and 9.

Upon review of the papers filed and the representations of Defendant's counsel, it does appear that a large number of the matters in dispute have been resolved by production of additional documents or stipulation.  In brief, it is unclear to the Court what issues, if any, remain for resolution.

Accordingly, the parties are directed to confer regarding any outstanding issues in light of Defendant's recent production and stipulation to certain facts.  Counsel shall fully and adequately confer in detail, as to each specific discovery item in dispute, in person or by telephone.  **On or before April 7, 2017**, the parties shall file a joint notice stating what, if any, discovery items remain in dispute.

**DONE and ORDERED** in Tampa, Florida this 3rd day of April, 2017.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of record

2